UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | ) | MDL DOCKET NO.: MDL 875 |
| LIABILITY LITIGATION (No. VI) | ) | Transfer State: Wisconsin |

THIS DOCUMENT RELATES TO:   )
                            )
Cases and Defendants listed on  )
the attached Exhibit A          )

**ORDER**

FILED
JUL 5 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Pursuant to the forgoing Stipulation of Dismissals with Prejudice, it is hereby **ORDERED**, for the cases on the attached Exhibit A, that the various defendants listed are dismissed, as outlined therein, with prejudice and with each party to bear its own costs.

Dated: July 5, 2012

by _____
The Honorable Eduardo C. Robreno

4846-5410-4079.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) | MDL DOCKET NO.: MDL 875 |
| LIABILITY LITIGATION (No. VI) ) | Transfer State: Wisconsin |

THIS DOCUMENT RELATES TO:   )
                            )
Cases listed on attached Exhibit A  )

## STIPULATION OF DISMISSALS WITH PREJUDICE

Plaintiffs in the cases listed in Exhibit A hereby stipulate that the defendants listed in Exhibit A may be dismissed from the cases in Exhibit A as noted. Plaintiffs and listed Defendants further stipulate that these dismissals may be with prejudice and without further costs to the parties, and that an order to this effect may be entered without further notice.

Dated this 3rd day of July, 2012.

By: _____
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
*Attorneys for Plaintiffs*



By: /s/ Daniel A. Manna
Trevor J. Will
Daniel A. Manna
FOLEY & LARDNER LLP
777 E. Wisconsin Ave.
Milwaukee, WI 53202-5306
*Attorneys for Listed Defendants*

4846-5410-4079.1

# EXHIBIT A

| Case Group | Injured Party | E.D. Pa. Case No. | Defendants to be Dismissed |
|---|---|---|---|
| 3 | Hass, Laverne | 09-CV-60267 | Rhone-Poulenc AG. Co. |
| 3 | Hass, Laverne | 09-CV-60298 | CertainTeed Corp. |
| 3 | Usterbowski, Kenneth | 09-CV-60266 | Rhone-Poulenc AG. Co. |
| 4 | Barker, Edward | 09-CV-60285 | Amchem Products, Inc. CertainTeed Corp. Rhone-Poulenc AG. Co. Union Carbide Corp. |
| 4 | Bieganski, Ronald | 09-CV-60498 | Amchem Products, Inc. CertainTeed Corp. Union Carbide Corp. |
| 4 | Esser, Charles | 09-CV-60287 | Amchem Products, Inc. Rhone-Poulenc AG. Co. Union Carbide Corp. |
| 4 | Harnisch, Henry | 09-CV-92208 | CertainTeed Corp. Rhone-Poulenc AG. Co. Union Carbide Corp. |
| 4 | Hasenberg, Charles | 09-CV-60356 | CertainTeed Corp. |
| 4 | Heinrich, John | 09-CV-60513 | Rhone-Poulenc AG. Co. Union Carbide Corp. |
| 4 | Hruska, Paul | 09-CV-60482 | Rhone-Poulenc AG. Co. Union Carbide Corp. |
| 4 | Iverson, Richard | 09-CV-60154 | CertainTeed Corp. |
| 4 | Jones, Duane | 09-CV-60440 | Amchem Products, Inc. |
| 4 | Kayser, Allen | 09-CV-60273 | Amchem Products, Inc. Rhone-Poulenc AG. Co. Union Carbide Corp. |
| 4 | Kraus, Robert | 10-CV-61338 | Rhone-Poulenc AG. Co. Union Carbide Corp. |

4846-5410-4079.1

| | | | |
|---|---|---|---|
| 4 | Meinecke, Robert | 09-CV-60326 | CertainTeed Corp. |
| 4 | Miller, Victor | 09-CV-60519 | Rhone-Poulenc AG. Co. Union Carbide Corp. |
| 4 | Pietrzycki, Stanley | 10-CV-61349 | CertainTeed Corp. Rhone-Poulenc AG. Co. Union Carbide Corp. |
| 4 | Pontzloff, Roy | 10-CV-67882 | Rhone-Poulenc AG. Co. Union Carbide Corp. |
| 4 | Risse, Loren | 10-CV-67857 | CertainTeed Corp. |
| 4 | Sebree, Pietra | 09-CV-60537 | Union Carbide Corp. |
| 4 | Sienko, Ronald | 09-CV-60481 | Rhone-Poulenc AG. Co. Union Carbide Corp. |
| 4 | Takavitz, William | 09-CV-60487 | Rhone-Poulenc AG. Co. Union Carbide Corp. |
| 5 | Akey, Richard | 09-CV-60286 | CertainTeed Corp. |
| 5 | Barrie, Michael | 09-CV-60353 | CertainTeed Corp. |
| 5 | Boettcher, Henry | 09-CV-60318 | CertainTeed Corp. |
| 5 | Dunne, Michael | 09-CV-60329 | CertainTeed Corp. |
| 5 | Hamann, Robert | 09-CV-60330 | CertainTeed Corp. |
| 5 | Hoffman, Richard | 09-CV-60510 | CertainTeed Corp. |
| 5 | Jasin, Michael | 09-CV-60370 | CertainTeed Corp. |
| 5 | Johannsen, John | 09-CV-60337 | CertainTeed Corp. |
| 5 | Junk, William | 10-CV-67841 | CertainTeed Corp. |
| 5 | Krueger, Lee | 09-CV-61402 | CertainTeed Corp. |
| 5 | Leggett, John | 10-CV-67846 | CertainTeed Corp. |
| 5 | Link, Thomas | 09-CV-60338 | CertainTeed Corp. |
| 5 | Miller, Frank | 09-CV-60520 | CertainTeed Corp. |
| 5 | Monday, Anthony | 10-CV-67856 | CertainTeed Corp. |
| 5 | Neumer, Robert | 10-CV-67793 | Rhone-Poulenc AG. Co. Union Carbide Corp. |
| 5 | Plaster, Millard | 10-CV-67781 | Rhone-Poulenc AG. Co. |

4846-5410-4079.1

| | | | |
|---|---|---|---|
| | | | Union Carbide Corp. |
| 5 | Plier, Duane | 09-CV-60365 | CertainTeed Corp. |
| 5 | Reno, Charles | 09-CV-60293 | CertainTeed Corp. |
| 5 | Rinke, Hilary | 09-CV-60364 | CertainTeed Corp. |
| 5 | Schneider, Walter | 10-CV-67851 | CertainTeed Corp. |
| 5 | Schultz, William | 10-CV-67862 | CertainTeed Corp. |
| 5 | Schulze, Ronald | 09-CV-60516 | CertainTeed Corp. |
| 5 | Skrobis, Richard | 10-CV-67780 | CertainTeed Corp. |
| 5 | Smaglick, Leroy | 09-CV-60347 | CertainTeed Corp. |
| 5 | Specht, Walter | 10-CV-67838 | CertainTeed Corp. |
| 5 | Strong, Clarence | 09-CV-60335 | CertainTeed Corp. |
| 5 | Swift, William | 09-CV-60466 | CertainTeed Corp. |
| 5 | Valetic, Edwin | 09-CV-60327 | CertainTeed Corp. |
| 5 | Woldt, Lowell | 09-CV-60461 | CertainTeed Corp. |
| 6 | Jeske, Edwin | 10-CV-62070 | Amchem Products, Inc. Maremont Corp. Union Carbide Corp. |
| 6 | Richards, Melvin | 09-CV-62181 | CertainTeed Corp. |
| 7 | Campbell, Elmer | 10-CV-61341 | CertainTeed Corp. |
| 7 | Maio, Tony | 09-CV-60465 | CertainTeed Corp. |
| 7 | Mutschler, Richard | 10-CV-61339 | CertainTeed Corp. |

4846-5410-4079.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Civil Action No. MDL 875

CERTIFICATE OF SERVICE

I hereby certify that on July 3 2012, in accordance with the Court's August 16, 2011, order regarding identical filings in ten or more cases (01-md-875 Doc. No. 8050), I sent the forgoing via Federal Express to Mary Chase of the U.S. District Court for the Eastern District of Pennsylvania Clerk's Office to be filed in and served for each of the cases on the attached Exhibit "A".

I also sent a courtesy copy via email to:

Chambers_of_Judge_Strawbride@paed.uscourts.gov
Joel_Lang@paed.uscourts.gov
Lauren_A_Fine@paed.uscourts.gov


_____
Brett Josef Schmidthuber
Legal Assistant to Michael P. Cascino, Esq.
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607
Ph: 312.944.0600 Ext. 115
Email: bschmidthuber@cvlo.com


cc via email: All Counsel